DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAIRO CASAIS,**
Appellant,

v.

***LVNV FUNDING LLC,***
Appellee.

No. 4D2023-2549

[April 11, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McCarthy, Judge; L.T. Case No. COCE23032434.

Jairo Casais, Hallandale Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***